IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRONE NUNN, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:11cv271-ID |
| ) | (WO) |
| MARK MARTIN, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Upon the court's review of the petitioner's motion styled "Great Writ of 1789 Habeas Corpus Subjiciendum," which has been docketed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the above-styled action (Doc. No. 1), the Clerk of this Court is hereby DIRECTED to:

1. Docket the petitioner's instant motion as an amendment to the petitioner's § 2255 motion in Civil Action 3:10cv625-MHT.

2. Strike the petitioners's pleading from Civil Action No. 2:11cv271-ID and close Civil Action No. 2:11cv271-ID.

Done this 14th day of April, 2011.

                                          /s/Wallace Capel, Jr.
                                          WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE